**Cornell D.M. Judge CORNISH, Plaintiff–Appellant,**

v.

**David J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, United States Patent and Trademark Office, Harry I. Moatz, Director, Office of Enrollment and Discipline, and William J. Griffin, Staff Attorney, Office of Enrollment and Discipline, Defendant–Appellees.**

No. 2012–1157.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2012.

Cornell D.M. Judge Cornish, of Washington, DC, pro se.

Elizabeth Ullmer Mendel, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for defendants-appellees. On the brief were Raymond T. Chen, Solicitor, Ronald K. Jaicks and Sydney O. Johnson, Jr., Associate Solicitors.

RADER, Chief Judge, PROST and REYNA, Ciruit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**